DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN HENRIQUEZ, JR.**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-0242

[January 3, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-2018-CF-005336-AXXX-MB.

Carey Haughwout, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

DAMOORGIAN, J.

Juan Henriquez, Jr. ("Defendant") appeals his convictions and sentences for aggravated battery and battery. Defendant raises several issues on appeal relating to the jury instructions, evidentiary rulings, an alleged discovery violation, lack of statutorily required written danger findings, a scoresheet error, and entitlement to a twelve-person jury. We affirm Defendant's convictions and sentences, but remand solely for the trial court to (1) make the required written findings under section 948.06(8)(e), Florida Statutes (2018), that Defendant, as a violent felony offender of special concern, poses a danger to the community; and (2) enter a properly calculated scoresheet by removing the twelve points imposed for a non-law violation of probation. Assuming the record provides the information necessary to make the statutorily required written danger findings, the trial court need not conduct a further hearing. *See Arnone v. State*, 204 So. 3d 556, 557–58 (Fla. 4th DCA 2016).

*Affirmed and remanded with instructions.*

MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***